# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DAVID PAYNE                                           Docket No. 3:00CR00236(CFD)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Michael E. Sheehan, SUPERVISING PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of DAVID PAYNE who was sentenced to 12 months imprisonment for a violation of 18 U.S.C. Section 1028(a)(7), Identification Fraud, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut on January 19, 2001, who fixed the period of supervision at 3 years which commenced on September 28, 2001 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

(1) The defendant is prohibited from incurring new credit charges or opening new additional lines of credit without the approval of the United States Probation Officer, unless the defendant is in compliance with the restitution payment schedule. The defendant was ordered to pay restitution in the amount of $2,009.88 in monthly installments of $100; 2) The defendant is required to provide the United States Probation Officer access to any requested financial information; and, (3) The defendant shall participate in a mental health program approved by the Probation Office.

On April 14, 2003, the defendant appeared before the Honorable Christopher F. Droney in U.S. District Court at Hartford, Connecticut to answer to the charge that he violated the conditions of his supervised release. The Court found that the defendant had violated his supervised release and revoked supervision. The defendant was committed to the custody of the Bureau of Prisons for 18 months, to run concurrent to the sentence of imprisonment also imposed on that date under Docket Number 3:00CR00146(CFD). The Court reimposed a term of supervised release of 12 months, with the original terms and conditions, to run concurrent with the 12 month term of supervised release imposed in Docket Number 3:00CR00146(CFD).

Mr. Payne was released from the custody of the Bureau of Prisons on June 18, 2004, at which time his supervised release commenced in the District of Maryland. Supervision is due to expire on June 17, 2005.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following condition of supervised release:

<u>Charge No.1 Special Condition:</u> "The defendant shall pay restitution in the amount of $2,009.88 in $100 monthly installments."

The U.S. Probation Office in the District of Maryland has advised that between August 2, 2004 and April 2, 2005, Mr. Payne submitted photocopies reflecting nine payments via postal money orders to the Clerk, U.S. District Court, in the District of Connecticut, in the amount of $200 each ($1800 total). However, an inquiry of the Clerk's Office in the District of Connecticut has revealed that no payments had ever been received during the aforementioned time period. A review of their payment ledger confirmed that no payments were received. On June 10, 2005, the U.S. Probation Office in the District of Maryland discussed this discrepancy with Mr. Payne. He denied providing misleading documentation regarding his restitution payments and was adamant that he mailed the money orders to the Clerks Office in the District of Connecticut. He seemed unconcerned that the Clerk's Office had not received any of his payments.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons tolling the period of supervision and directing David Payne to appear before this court at Hartford, Connecticut on 6/23/05 at 10 00 a.m. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 15th day of June, 2005 and ordered filed and made a part of the records in the above case.

_____
The Honorable Christopher F. Droney
United States District Judge

Sworn to By

*Michael E Sheehan*
Michael E. Sheehan
Supervising United States Probation Officer

Place  Hartford
Date   6/15/05

Before me, the Honorable Christopher F. Droney, United States District Judge, on this 15th day of June, 2005, at Hartford, Supervising U.S. Probation Officer Michael E. Sheehan appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Christopher F. Droney
United States District Judge