UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
UNITED STATES              :
                           :
         v.                :    CRIMINAL NO.:3:00CR146(CFD)
                           :    CRIMINAL NO. 3:00CR236(CFD)
                           :
DAVID PAYNE                :    NOVEMBER 15, 2005
```

**APPEARANCE**

The undersigned attorney hereby requests that her appearance as counsel for the Government be entered in the above-entitled case.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct04786
450 Main Street, Rm. 328
Hartford, CT   06103
(860) 947-1101

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 15th day of November, 2005 to the following:

Gary D. Weinberger, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard, Floor 6
Hartford, CT 06106


DEBORAH R. SLATER
ASSISTANT UNITED STATES ATTORNEY